# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sammartino, Janis L. | Southern District of California | 01/22/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

221 W. Broadway, Suite 4135
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair, Judicial Advisory Board | Association of Business Trial Lawyers of San Diego |
| 2. | Trustee | Trust I |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | City of San Diego Pension | $46,623.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | California State Judges Retirement |
| 2. | 2013 | PDR Corp. - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PARENT PLUS LOANS | UNSECURED LOANS FOR COLLEGE TUITION | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MITEK | A | Dividend | J | T | | | | | |
| 2. FISERV | A | Dividend | M | T | | | | | |
| 3. TEVA | A | Dividend | J | T | | | | | |
| 4. PRUDENTIAL | A | Dividend | J | T | | | | | |
| 5. AMERICAN GEN LIFE INS CO POLICY--CASH VALUE | | None | K | T | | | | | |
| 6. RENTAL PROPERTY #1, SAN DIEGO, CA (TRUST I) | | None | O | W | | | | | |
| 7. RENTAL PROPERTY #2, DEL MAR, CA | E | Rent | O | W | | | | | |
| 8. MORGAN STANLEY SELECT UMA, TRADITIONAL IRA | E | Int./Div. | O | T | | | | | |
| 9. -MS Bank Account | | | | | | | | | |
| 10. -Mutual Funds: | | | | | | | | | |
| 11. --AQR Managed Futures Strategy I | | | | | | | | | |
| 12. --Causeway Intl Value Instl | | | | | | | | | |
| 13. --Delaware Inv Sm Cap Val Inst | | | | | | | | | |
| 14. --Eaton Vance Commodity Strat I | | | | | | | | | |
| 15. --Goldman Sachs Abslt Ret Trck I | | | | | | | | | |
| 16. --Ing Global Real Estate FD I | | | | | | | | | |
| 17. --Ivy Mid Cap Growth I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --JP Morgan dynamic Sm Cp Gr Sel | | | | | | | | | |
| 19. --Mainstay Large Cap Grw I | | | | | | | | | |
| 20. --Managers Amg Sys Mdcap Val Int | | | | | | | | | |
| 21. --Nuveen NWQ Large Cap Value I | | | | | | | | | |
| 22. --Virtus Insight Emerg Mkts I | | | | | | | | | |
| 23. TRUST #2 (MS ACTIVE ASSETS ACCT) | E | Int./Div. | O | T | | | | | |
| 24. -EXAS stock (common) | | | | | Buy | 07/15/13 | J | | |
| 25. -FTR stock (pref) | | | | | Sold | 07/15/13 | J | | |
| 26. -ZQK stock (pref) | | | | | Sold | 07/15/13 | J | | |
| 27. -Municipal Bonds: | | | | | | | | | |
| 28. --CA St Various Purp | | | | | Sold | 02/01/13 | L | | |
| 29. --Santee CA Pub Fing Auth Lease Rev | | | | | | | | | |
| 30. --Orange CA Redev Agy Tax Alloc Ref | | | | | | | | | |
| 31. --CA St Pub Wks Brd Leas E Rev | | | | | Sold | 11/01/13 | K | | |
| 32. --Turlock CA Uni Sch Dist | | | | | | | | | |
| 33. --CA St. Genl Oblig Ser-2L | | | | | | | | | |
| 34. --Banning CA Util Auth Wastew | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --CA St Var Purp Gen Oblig | | | | | Sold | 11/01/13 | K | | |
| 36. --Galt Schs Jt Pwrs Auth | | | | | | | | | |
| 37. --Liberty Calif Un High Sch Dist Ref | | | | | | | | | |
| 38. --CA St Pub Wks Brd Lease Rev | | | | | Buy | 11/06/13 | K | | |
| 39. --CA St Genl Oblig Ref | | | | | | | | | |
| 40. --CA St Genl Oblig Ser-1 | | | | | | | | | |
| 41. --CA St Genl Oblig Ref | | | | | | | | | |
| 42. --Foothill-De Anza Calif Cmnty College Di Oid | | | | | Buy | 02/25/13 | L | | |
| 43. --CA Health Facs Fing Auth Rev Ser-D | | | | | Buy | 11/16/13 | K | | |
| 44. -MFCDX Mutual Fund | | | | | Buy | 12/16/13 | K | | |
| 45. -MS Bank Acct | | | | | | | | | |
| 46. TRUST #3 (SPECTRUM ASSET MGMT ) | E | Int./Div. | O | T | | | | | |
| 47. -MS Bank account | | | | | | | | | |
| 48. -Preferred stocks: | | | | | | | | | |
| 49. --Aegon | | | | | Sold (part) | 05/08/13 | J | A | |
| 50. --Alexandria Real Estate | | | | | | | | | |
| 51. --Allstate Corp | | | | | Buy | 06/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Allstate Corp Dep | | | | | Buy | 09/24/13 | J | | |
| 53. --Arch Cap Grp | | | | | | | | | |
| 54. --Aspen Insurance Hldg Ltd 5.95% | | | | | Buy | 04/26/13 | J | | |
| 55. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 56. --Aspen Insurance Hldg Ltd 7.25% | | | | | | | | | |
| 57. --Axis Capital Hldgs Ltd 5.5%-D | | | | | Buy | 05/15/13 | J | | |
| 58. --Axis Capital Hldgs Ltd 6.875% | | | | | | | | | |
| 59. --Bank New York Mellon | | | | | Buy | 01/15/13 | J | | |
| 60. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 61. | | | | | Buy (add'l) | 07/09/13 | J | | |
| 62. --Bank of America | | | | | | | | | |
| 63. --Barclay's Bank | | | | | Sold (part) | 06/25/13 | J | A | |
| 64. --BB&T Corp 5.20%-G | | | | | Buy | 04/25/13 | J | | |
| 65. | | | | | Buy (add'l) | 04/26/13 | J | | |
| 66. --BB&T Corp 5.2%-F | | | | | Buy | 07/22/13 | J | | |
| 67. --BB&T Corporation 5.625 Ser-E | | | | | Buy (add'l) | 06/20/13 | J | | |
| 68. | | | | | Buy (add'l) | 07/30/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 70. --BB&T Corporation 5.85% | | | | | | | | | |
| 71. --Capital One Financial 6%-B | | | | | | | | | |
| 72. --Charles Schwab Corp 6% Ser-B | | | | | | | | | |
| 73. --Citigroup Cap Ix 6.000 | | | | | Buy | 06/04/13 | J | | |
| 74. | | | | | Sold | 07/15/13 | J | A | |
| 75. --Citigroup Inc 5.80% Series C | | | | | Buy | 06/04/13 | J | | |
| 76. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 77. --Citigroup Inc 6.875%-K | | | | | Buy | 10/25/13 | J | | |
| 78. | | | | | Buy (add'l) | 10/28/13 | J | | |
| 79. --Citigrp Inc 7.125%-J | | | | | Buy | 09/18/13 | J | | |
| 80. --City Natl Cp Dep Sh 5.50 Ser C | | | | | Buy | 07/31/13 | J | | |
| 81. --Commonwealth REIT | | | | | Sold | 04/08/13 | J | | |
| 82. --Credit Suisse | | | | | Sold (part) | 02/25/13 | J | A | |
| 83. | | | | | Sold | 03/28/13 | J | | |
| 84. --Deutsche Bank | | | | | Sold (part) | 06/25/13 | J | A | |
| 85. --Digital Realty | | | | | Buy (add'l) | 04/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Duke Realty Corp | | | | | Sold | 01/18/13 | J | | |
| 87. --First Niagara Fin Grp | | | | | | | | | |
| 88. --Goldman Sachs Group | | | | | Sold (part) | 06/25/13 | J | A | |
| 89. --Health Care REIT 6.500% SER J | | | | | | | | | |
| 90. --Hospitality Pptys TR PFD-D | | | | | | | | | |
| 91. --HSBC Holdings | | | | | Sold (part) | 06/25/13 | J | A | |
| 92. --Ing Group NV 06.375 | | | | | | | | | |
| 93. --Ing Group NV 6.125 | | | | | | | | | |
| 94. --Ing Group NV 7.2 | | | | | Sold (part) | 05/08/13 | J | A | |
| 95. --Ing Group NV 7.375 | | | | | Sold | 05/08/13 | J | A | |
| 96. --Ing Group NV 7.05 | | | | | | | | | |
| 97. --JPMorgan Chase & Co 5.45%-P | | | | | Buy | 01/30/13 | J | | |
| 98. | | | | | Buy (add'l) | 01/31/13 | J | | |
| 99. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 100. | | | | | Buy (add'l) | 03/15/13 | J | | |
| 101. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 102. | | | | | Buy (add'l) | 06/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --JPMorgan Chase & Co 5.5%-O | | | | | Buy (add'l) | 06/10/13 | J | | |
| 104. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 105. --Kimco Realty | | | | | | | | | |
| 106. --Morgan Stanley 7.125%-E | | | | | Buy | 10/08/13 | J | | |
| 107. --Morgan Stanley Ser-A | | | | | Buy | 05/30/13 | J | | |
| 108. --National Retail Prop 5.7%-E | | | | | Buy | 05/23/13 | J | | |
| 109. --National Retail Prop 6.625% | | | | | | | | | |
| 110. --Partnerre Ltd 5.875%-F | | | | | Buy | 02/12/13 | J | | |
| 111. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 112. --Partnerre Ltd. | | | | | | | | | |
| 113. --PNC Finl-P 6.125% FLTS | | | | | Buy (add'l) | 02/08/13 | J | | |
| 114. | | | | | Buy (add'l) | 02/21/13 | J | | |
| 115. | | | | | Buy (add'l) | 02/28/13 | J | | |
| 116. | | | | | Buy (add'l) | 03/07/13 | J | | |
| 117. --PS Business Park | | | | | | | | | |
| 118. --Public Storage 5.20% | | | | | Buy | 03/06/13 | J | | |
| 119. --Public Storage | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --Realty Income Corp | | | | | Buy (add'l) | 10/08/13 | J | | |
| 121.  --Regency Centers | | | | | | | | | |
| 122.  --Renaissancere | | | | | Sold (part) | 06/27/13 | J | A | |
| 123.  --Renaissancere Hlds Ser-E 5.375 | | | | | Buy | 05/21/13 | J | | |
| 124.  --Royal Bk Scot | | | | | | | | | |
| 125.  --Santander Fin | | | | | Sold | 03/13/13 | J | A | |
| 126.  --State Street Corp 5.25% | | | | | | | | | |
| 127.  --Suntrust Banks Inc 5.875%-E | | | | | Buy | 07/19/13 | J | | |
| 128.  --TCF Financial Corp 7.5%A | | | | | | | | | |
| 129.  --UBS stock | | | | | | | | | |
| 130.  --US Bancorp 5.15%-H | | | | | Buy | 05/07/13 | J | | |
| 131. | | | | | Buy (add'l) | 06/03/13 | J | | |
| 132.  --US Banccorp | | | | | Buy (add'l) | 08/23/13 | J | | |
| 133.  --Vornado Realty | | | | | Sold (part) | 06/25/13 | J | A | |
| 134. | | | | | Sold (part) | 07/10/13 | J | A | |
| 135.  --Vornado Realty TR Ser-L 5.40% | | | | | Buy | 01/18/13 | J | | |
| 136.  --Wachovia | | | | | Sold (part) | 03/06/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 05/02/13 | J | A | |
| 138. --Weingarten Realty | | | | | | | | | |
| 139. --Wells Fargo | | | | | | | | | |
| 140. --Wells Fargo & Company 5.25%-P | | | | | Buy | 06/19/13 | J | | |
| 141. --Wells Fargo 5.2%-N | | | | | Buy | 07/15/13 | J | | |
| 142. --Wells Fargo 5.85-Q | | | | | Buy | 07/17/13 | J | | |
| 143. | | | | | Buy (add'l) | 07/26/13 | J | | |
| 144. | | | | | Buy (add'l) | 08/06/13 | J | | |
| 145. | | | | | Buy (add'l) | 08/07/13 | J | | |
| 146. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 147. --Wells Fargo Company 5/125%-O | | | | | Buy | 07/17/13 | J | | |
| 148. -Fixed Rate Capital Securities: | | | | | | | | | |
| 149. --Weingarten Realty Invest | | | | | | | | | |
| 150. --Affiliated Managers Group Inc 5.25% | | | | | Buy | 01/17/13 | J | | |
| 151. --Citigroup Capital IX Trust PFD | | | | | Buy | 06/07/13 | J | | |
| 152. | | | | | Buy (add'l) | 06/11/13 | J | | |
| 153. --Morgan Stanley Capital Trust III | | | | | Buy | 06/12/13 | J | | |

1. Income Gain Codes:  A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)  U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Commonwealth REIT | | | | | Sold | 07/02/13 | J | A | |
| 155. --Countrywide Capital IV | | | | | | | | | |
| 156. --Morgan Stanley IV 6.250 Extendable | | | | | Buy | 06/19/13 | J | | |
| 157. --Morgan Stanley Capital Trust V 5.75 | | | | | Buy | 06/12/13 | J | | |
| 158. --Citigroup Capital XI | | | | | Buy | 06/12/13 | J | | |
| 159. | | | | | Buy (add'l) | 06/17/13 | J | | |
| 160. | | | | | Buy (add'l) | 06/18/13 | J | | |
| 161. --JP Chase Capital XI | | | | | Sold | 02/22/13 | J | A | |
| 162. --Everest Resource Capital Trust II | | | | | Sold (part) | 03/06/13 | J | A | |
| 163. | | | | | Sold | 05/24/13 | J | A | |
| 164. --Countrywide Capital V 7.00% | | | | | Sold | 01/30/13 | J | A | |
| 165. --Prudential Financial Inc. | | | | | Sold | 06/17/13 | J | | |
| 166. --Entergy Texas Inc. | | | | | | | | | |
| 167. --Ameriprise Financial Inc. | | | | | | | | | |
| 168. --Vornado Rlty LP | | | | | | | | | |
| 169. --Entergy Louisiana LLC (ELB) | | | | | | | | | |
| 170. --JPMorgan Chase Capital XXIX | | | | | Sold | 12/06/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --Citigroup Capt XIII 7.875% Fix Ed | | | | | Buy | 05/13/13 | J | | |
| 172. | | | | | Buy (add'l) | 05/14/13 | J | | |
| 173. --Entergy Arkansas Inc. | | | | | | | | | |
| 174. --Entergy Louisiana LLC (ELA) | | | | | | | | | |
| 175. --Aegon NV 8% | | | | | | | | | |
| 176. --Raymond James Financial | | | | | | | | | |
| 177. --Hartford finl Svc Grp 7.875% | | | | | | | | | |
| 178. --Protective Life Corp 6.25% | | | | | | | | | |
| 179. --American Financial Group | | | | | | | | | |
| 180. --Commonwealth REIT 5.75% | | | | | Sold | 07/02/13 | J | | |
| 181. --Senior Hsg Prop Trust 5.625% | | | | | | | | | |
| 182. --Affiliated Managers Group Inc | | | | | | | | | |
| 183. --American Financial Group Inc 5.75% | | | | | | | | | |
| 184. --Nexen Inc | | | | | Sold | 01/02/13 | J | A | |
| 185. --Berkley WR Corp | | | | | Sold | 05/28/13 | J | A | |
| 186. --Ventas Realty LP/Capital Corp 5/45% | | | | | Buy | 04/10/13 | J | | |
| 187. --Morgan Stanley Capital Trust VI (MSJ) | | | | | Buy | 06/12/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  --LLoyds Bankling | | | | | | | | | |
| 189.  --Entergy Mississippi Inc 6% | | | | | | | | | |
| 190.  --Qwest Corp | | | | | | | | | |
| 191.  --Stanley Black & Decker 5.75% | | | | | Buy (add'l) | 08/28/13 | J | | |
| 192.  --Aflac Inc | | | | | Buy (add'l) | 09/12/13 | J | | |
| 193.  --General Elec Cap Corp 4.875%-A | | | | | | | | | |
| 194.  --Entergy Arkansas Inc. 4.9% | | | | | Buy | 02/27/13 | J | | |
| 195.  --Prudential Financial Inc 5.75% | | | | | | | | | |
| 196.  --Torchmark Corp 5.875% | | | | | | | | | |
| 197.  --Allstate Corp. 5.1% | | | | | Buy | 01/16/13 | J | | |
| 198.  --General Elec Cap Corp 4.875-A | | | | | Buy | 01/24/13 | J | | |
| 199.  --Prudential Financial Inc 5.70% | | | | | Buy | 03/08/13 | J | | |
| 200. | | | | | Buy (add'l) | 03/12/13 | J | | |
| 201. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 202.  --W.R. Berkley Corp 5.625% | | | | | Buy | 04/26/13 | J | | |
| 203.  --General Elec Capital Corp 4.70% | | | | | Buy | 05/10/13 | J | | |
| 204.  --Telephone and Data Systems | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. --Telephone and Data Systems Inc | | | | | | | | | |
| 206. --United States Cellular Corp | | | | | | | | | |
| 207. --Goldman Sachs Group Inc. (-111/GSF) | | | | | | | | | |
| 208. --Goldman Sachs Group Inc. (-184/GSJ) | | | | | | | | | |
| 209. --DTE Energy Co Ser I | | | | | | | | | |
| 210. --Comcast Corp 5% | | | | | | | | | |
| 211. --Merrill Lynch Cap TR II 6.45% | | | | | | | | | |
| 212. --DTE Energy Co 5.25% | | | | | | | | | |
| 213. --Entergy Arkansas Inc. 4.75% | | | | | Buy | 05/29/13 | J | | |
| 214. --Dominion Resources Inc Ser A | | | | | | | | | |
| 215. --Scana Corp 7.70% | | | | | | | | | |
| 216. --Morgan Stanley Cap Trust (MSZ) | | | | | Buy | 06/11/13 | J | | |
| 217. --Merrill Lynch Capital Trust I | | | | | | | | | |
| 218. --Citigroup Capital XVII 6.35% | | | | | Buy | 06/11/13 | J | | |
| 219. --Morgan Stanley Capital Trust Ser VIII (MSK) | | | | | Buy | 06/11/13 | J | | |
| 220. --Xcel Energy Inc. | | | | | Sold | 05/31/13 | J | | |
| 221. --Nextera Energy Capital | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. --Duke Energy Corp | | | | | Buy | 01/17/13 | J | | |
| 223. | | | | | Buy (add'l) | 02/05/13 | J | | |
| 224. --Nextera Energy Capital Holdings Inc Ser J | | | | | Buy | 01/16/13 | J | | |
| 225. --PPL Capital Funding Inc 5.90%-B | | | | | Buy | 03/15/13 | J | | |
| 226. --Integrys Energy Grp Inc 6.00% | | | | | Buy | 08/14/13 | J | | |
| 227. --Citigroup Cap XVI 6.450% | | | | | Buy | 06/04/13 | J | | |
| 228. | | | | | Sold | 07/15/13 | J | A | |
| 229. -Money Market Fund | | | | | | | | | |
| 230. TRUST #4 (MS SELECT UMA BASIC SECURITIES ACCT) | D | Int./Div. | O | T | | | | | |
| 231. -Morgan Stanley Bank Account | | | | | | | | | |
| 232. -Common stocks: | | | | | | | | | |
| 233. --Aegon NV ADR | | | | | Buy | 05/02/13 | J | | |
| 234. --Affiliated Mgrs Group Inc | | | | | | | | | |
| 235. --Ageas Sponsored ADR | | | | | | | | | |
| 236. --Agrium Inc | | | | | Buy | 07/02/13 | J | | |
| 237. --Akorn Inc | | | | | Sold (part) | 06/13/13 | J | | |
| 238. --Alexandria Real Estate Eq Inc | | | | | Buy | 05/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. --Alliance Data Systems Corp | | | | | | | | | |
| 240. --Allianz SE | | | | | | | | | |
| 241. --Alstom ADR | | | | | | | | | |
| 242. --Altera CP | | | | | Sold | 11/21/13 | J | A | |
| 243. --Altisource Residential Corp B | | | | | Buy | 11/20/13 | J | | |
| 244. --Alumina Ltd | | | | | Sold | 11/05/13 | J | | |
| 245. --American Campus Cmmtys Inc | | | | | Buy | 05/22/13 | J | | |
| 246. | | | | | Sold (part) | 08/12/13 | J | | |
| 247. | | | | | Sold | 08/13/13 | J | | |
| 248. --American Homes 4 Rent | | | | | Buy | 11/20/13 | J | | |
| 249. --American Tower REIT Com | | | | | Buy | 05/22/13 | J | | |
| 250. | | | | | Sold | 08/12/13 | J | | |
| 251. --Ametek Inc | | | | | | | | | |
| 252. --Amreit Inc CL B | | | | | Buy | 09/27/13 | J | | |
| 253. --Anglogold Ashanti Ltd | | | | | Sold | 05/20/13 | J | | |
| 254. --ANSYS Inc | | | | | | | | | |
| 255. --Apartment Invt & Mgmt Co | | | | | Buy | 05/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. --Apple Inc | | | | | | | | | |
| 257. --Ariad Pharm Inc | | | | | Buy | 04/26/13 | J | | |
| 258. | | | | | Sold | 10/19/13 | J | | |
| 259. --Assoc Estates Realty | | | | | Buy | 05/22/13 | J | | |
| 260. --Avalonbay Comm Inc | | | | | Buy | 05/22/13 | J | | |
| 261. --Axis Capital Holdings Ltd | | | | | | | | | |
| 262. --Banco Santander Brasil SA | | | | | | | | | |
| 263. --Barrick Gold Corp | | | | | Buy (add'l) | 04/15/13 | J | | |
| 264. --Baxter Intl Inc | | | | | Sold | 04/30/13 | J | A | |
| 265. --Bed Bath & Beyond Inc | | | | | | | | | |
| 266. --Boston Properties Inc. | | | | | Buy | 05/22/13 | J | | |
| 267. --Brandywine Realty Tr SBI | | | | | Buy | 05/22/13 | J | | |
| 268. --Camden Property Trust | | | | | Buy | 05/22/13 | J | | |
| 269. --Cameco Corp | | | | | | | | | |
| 270. --Cardinal Health Inc. | | | | | Buy | 11/01/13 | J | | |
| 271. --Carrefour SA | | | | | | | | | |
| 272. --Catlin Grp Ltd Spons ADR | | | | | Buy | 08/21/13 | J | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. --CBL & Assoc Pptys Inc | | | | | Buy | 05/22/13 | J | | |
| 274. --Celgene Corp | | | | | | | | | |
| 275. --Centrais Elec | | | | | | | | | |
| 276. --Cerner Corp. | | | | | | | | | |
| 277. --Church & Dwight Co | | | | | | | | | |
| 278. --Citrix Systems | | | | | Sold | 10/08/13 | J | A | |
| 279. --Coach Inc | | | | | Sold | 02/26/13 | J | | |
| 280. --Cognizant Tech Solutions | | | | | | | | | |
| 281. --Concho Res Inc. | | | | | | | | | |
| 282. --DAI NIPPPN | | | | | | | | | |
| 283. --DAIICHI Sankyo Co | | | | | | | | | |
| 284. --Danaher Corp | | | | | | | | | |
| 285. --Decker Outdoor Corp | | | | | | | | | |
| 286. --Denbury Resources Inc | | | | | | | | | |
| 287. --Digital Realty Trust Inc | | | | | Buy | 05/22/13 | J | | |
| 288. --Douglas Emmett Inc | | | | | Buy | 05/22/13 | J | | |
| 289. --East Japan Ry Co | | | | | Sold | 04/23/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. --Eastgroup Properties Inc | | | | | Buy | 05/22/13 | J | | |
| 291. --Ecolab Inc | | | | | | | | | |
| 292. --Electricite de France | | | | | | | | | |
| 293. --EMC Corp | | | | | | | | | |
| 294. --EPR Pptys Com | | | | | Buy | 05/22/13 | J | | |
| 295. --Equity Lifestyle Properties | | | | | Buy | 11/20/13 | J | | |
| 296. --Equity One Inc | | | | | Buy | 11/20/13 | J | | |
| 297. --Ericsson LM Tel ADR | | | | | | | | | |
| 298. --Essex Property Trust Inc | | | | | Buy | 05/22/13 | J | | |
| 299. --Express Scripts Inc | | | | | | | | | |
| 300. --Fedl Rlty Invt Trust S B I | | | | | Buy | 05/22/13 | J | | |
| 301. --Finmeccanica Spa Roma | | | | | | | | | |
| 302. --Fujifilm Hldgs Corp | | | | | | | | | |
| 303. --Gazprom O A O Spon ADR | | | | | | | | | |
| 304. --GEO Group Inc | | | | | Buy | 11/20/13 | J | | |
| 305. --Gilead Science | | | | | | | | | |
| 306. --Glaxosmithkline PLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. --Gold Fields Ltd | | | | | Sold | 03/07/13 | J | | |
| 308. --Google Inc | | | | | | | | | |
| 309. --Gulfport Energy Corp New | | | | | Buy | 08/07/13 | J | | |
| 310. --Hain Celestial Group Inc | | | | | Buy | 12/13/13 | J | | |
| 311. --HCP Incorporated | | | | | Buy | 05/22/13 | J | | |
| 312. --Health Care REIT Inc | | | | | Buy | 05/22/13 | J | | |
| 313. --Home Retail Group ADR | | | | | | | | | |
| 314. --Hospitality Pptys Tr Com SBI | | | | | Buy | 05/22/13 | J | | |
| 315. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 316. --Host Hotel & Resorts Inc | | | | | Buy | 05/22/13 | J | | |
| 317. | | | | | Buy (add'l) | 11/20/13 | J | | |
| 318. --Ill Tool Works Inc. | | | | | | | | | |
| 319. --Impala Platinum Hldgs Ltd | | | | | Sold | 02/12/13 | J | A | |
| 320. --ING Groep NV ADR | | | | | | | | | |
| 321. --Intercontinentalexchange Inc | | | | | | | | | |
| 322. --IBM | | | | | Sold (part) | 06/28/13 | J | A | |
| 323. --Ishares Msci Emerging Mkts ETF | | | | | Buy | 09/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 10/03/13 | J | A | |
| 325. --Ishares MSCI Emerging Mkts | | | | | Sold (part) | 01/25/13 | J | A | |
| 326. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 327. | | | | | Sold | 05/31/13 | J | | |
| 328. --Ishares Russell 2000 Index Fd | | | | | Sold (part) | 09/20/13 | J | A | |
| 329. | | | | | Sold (part) | 10/29/13 | J | A | |
| 330. | | | | | Sold | 11/06/13 | J | A | |
| 331. --Johnson & Johnson | | | | | | | | | |
| 332. --KB Financial Grp Inc Sons ADR | | | | | | | | | |
| 333. --Kinross Gold Corp | | | | | Buy (add'l) | 04/15/13 | J | | |
| 334. --Korea Electric Power Corp | | | | | Sold | 01/02/13 | J | A | |
| 335. --Kraft Foods Group Inc | | | | | Sold | 08/23/13 | J | A | |
| 336. --Lexington Realty Trust | | | | | Buy | 05/22/13 | J | | |
| 337. --Linkedin Corp-A | | | | | | | | | |
| 338. --LKQ Corporation | | | | | Buy | 12/20/13 | J | | |
| 339. --LTC Properties Inc | | | | | Buy | 05/22/13 | J | | |
| 340. --Manpowergroup INC COM | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. --Marine Harvest Asa | | | | | Sold | 01/30/13 | J | A | |
| 342. --Maximus Inc | | | | | Buy | 07/02/13 | J | | |
| 343. --Mead Johnson Nutrition Company | | | | | | | | | |
| 344. --Michael Kors Holdings Ltd | | | | | Buy | 08/02/13 | J | | |
| 345. --Mitsubishi Tanbe Phrm Cp ADR | | | | | Buy | 05/10/13 | J | | |
| 346. --Mondelez Intl Inc Com | | | | | | | | | |
| 347. --Monmouth RL Est Invt Cp A | | | | | Buy | 05/22/13 | J | | |
| 348. --MS&AD Ins Group | | | | | | | | | |
| 349. --MSC Indl Direct Co | | | | | | | | | |
| 350. --National Retail Properties | | | | | Buy | 05/22/13 | J | | |
| 351. --Newcrest Minining Ltd | | | | | Sold | 05/22/13 | J | | |
| 352. --Nintendo Co Ltd | | | | | Sold | 10/03/13 | J | | |
| 353. --Nippon Telegraph&Telephone | | | | | | | | | |
| 354. --NPS Pharmaceuticals Inc | | | | | Buy | 06/12/13 | J | | |
| 355. --Oreilly Automotive Inc | | | | | | | | | |
| 356. --Oracle Corp | | | | | | | | | |
| 357. --Orkla ADR A SHS | | | | | Sold | 03/07/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. --Panasonic Corp | | | | | | | | | |
| 359. --Pepsico Inc | | | | | | | | | |
| 360. --Polyus Gold Intl Ltd | | | | | Sold | 01/24/13 | J | | |
| 361. --Powershares QQQ TR | | | | | Sold (part) | 01/14/13 | K | A | |
| 362. | | | | | Sold (part) | 07/19/13 | J | | |
| 363. | | | | | Sold | 10/29/13 | J | A | |
| 364. --Praxair Inc | | | | | | | | | |
| 365. --Precision Castparts Corp | | | | | | | | | |
| 366. --Priceline.com Inc | | | | | | | | | |
| 367. --Public Storage | | | | | Buy | 05/22/13 | J | | |
| 368. --Qualcomm Inc | | | | | | | | | |
| 369. --Questor Pharm Inc | | | | | | | | | |
| 370. --Rayonier Incorporated | | | | | Buy | 05/22/13 | J | | |
| 371. | | | | | Sold | 11/22/13 | J | | |
| 372. --Realty Income Corp | | | | | Buy | 05/22/13 | J | | |
| 373. --Rohm Co Ltd | | | | | | | | | |
| 374. --Ross Stores Inc | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 26 of 47

Name of Person Reporting

Sammartino, Janis L.

Date of Report

01/22/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. --Royal DSM NV Sponsored ADR | | | | | Buy | 04/05/13 | J | | |
| 376. --Royal Dutch Shell PLC | | | | | Buy | 01/16/13 | J | | |
| 377. | | | | | Buy (add'l) | 06/14/13 | J | | |
| 378. --Salix Pharm Ltd | | | | | Sold (part) | 11/14/13 | J | A | |
| 379. | | | | | Sold | 12/17/13 | J | A | |
| 380. --Sally Beauty Hodgs Inc | | | | | | | | | |
| 381. --Sanofi ADR | | | | | | | | | |
| 382. --Schlumberger Ltd | | | | | | | | | |
| 383. --Sekisui House Ltd | | | | | | | | | |
| 384. --Senior Hsg Ppty Tr SBI | | | | | Buy | 05/22/13 | J | | |
| 385. --Seven & I Holdgs Co | | | | | | | | | |
| 386. --Shiseido Ltd | | | | | | | | | |
| 387. --Siemens Aktiengesellschaft | | | | | | | | | |
| 388. --Silver Bay Realty Trust Cp | | | | | Buy | 11/20/13 | J | | |
| 389. --Simon Ppty Group Inc | | | | | Buy | 05/22/13 | J | | |
| 390. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 391. | | | | | Sold (part) | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. --SK Telecom Co | | | | | | | | | |
| 393. --Solarwinds Inc | | | | | Buy | 04/23/13 | J | | |
| 394. | | | | | Sold | 07/29/13 | J | | |
| 395. --Soutwestern Energy Co | | | | | Sold | 08/07/13 | J | | |
| 396. --SPDR Barclays Capital | | | | | Sold (part) | 01/02/13 | J | | |
| 397. | | | | | Sold (part) | 05/01/13 | J | | |
| 398. | | | | | Sold (part) | 06/28/13 | K | | |
| 399. | | | | | Sold (part) | 07/11/13 | J | | |
| 400. | | | | | Sold (part) | 09/05/13 | J | | |
| 401. | | | | | Sold (part) | 09/09/13 | J | | |
| 402. | | | | | Sold (part) | 10/10/13 | J | | |
| 403. | | | | | Sold (part) | 10/11/13 | J | | |
| 404. | | | | | Sold (part) | 10/16/13 | J | | |
| 405. | | | | | Sold | 12/19/13 | J | | |
| 406. --SPDR Trust Series 1 | | | | | Sold (part) | 02/08/13 | J | A | |
| 407. | | | | | Sold (part) | 05/22/13 | J | A | |
| 408. | | | | | Sold (part) | 05/31/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 06/13/13 | J | A | |
| 410. | | | | | Sold (part) | 06/20/13 | J | A | |
| 411. | | | | | Sold (part) | 07/24/13 | J | B | |
| 412. | | | | | Sold (part) | 08/15/13 | J | A | |
| 413. | | | | | Sold (part) | 10/03/13 | J | A | |
| 414. | | | | | Sold | 12/12/13 | J | B | |
| 415. --Starbucks Corp | | | | | | | | | |
| 416. --Stericycle Inc | | | | | | | | | |
| 417. --Sumitomo Mitsui Tr Hldgs | | | | | | | | | |
| 418. --Swisscom Ag ADR | | | | | | | | | |
| 419. --Talisman Energy Inc | | | | | | | | | |
| 420. --Tanger Factory Outlet Centers | | | | | Buy | 05/22/13 | J | | |
| 421. --Telcom Italia | | | | | Buy (add'l) | 03/14/13 | J | | |
| 422. --Tesco PLC Sponsored ADR | | | | | Buy | 05/20/13 | J | | |
| 423. --TEVA Pharmaceuticals | | | | | | | | | |
| 424. --The Mosaic Co (Hldg Co)New | | | | | Sold | 01/11/13 | J | A | |
| 425. --TNT Express NV | | | | | Buy | 02/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  --Toyota Motor Cp | | | | | | | | | |
| 427.  --Transdigm Group Inc | | | | | | | | | |
| 428.  --UBS Ag New | | | | | | | | | |
| 429.  --Ulta Salon Cos & Fragr Inc | | | | | Buy | 08/02/13 | J | | |
| 430.  --VF Corp | | | | | | | | | |
| 431.  --Vallourec SA New Spon ADR | | | | | Buy | 03/27/13 | J | | |
| 432.  --Ventas Inc | | | | | Buy | 05/22/13 | J | | |
| 433.  --Verifone Systems Inc | | | | | Sold | 02/21/13 | J | | |
| 434.  --Visa Inc | | | | | | | | | |
| 435.  --Vivendi SA Unspon ADR | | | | | | | | | |
| 436.  --Vodafone Gp | | | | | | | | | |
| 437.  --Vornado Realty TR S B I | | | | | Buy | 11/20/13 | J | | |
| 438.  --Wacoal Cp | | | | | | | | | |
| 439.  --Waste Connections | | | | | | | | | |
| 440.  --Weatherford International Ltd | | | | | | | | | |
| 441.  --Weingarten Realty Inv SBI | | | | | Buy | 05/22/13 | J | | |
| 442.  --Weyerhaeuser Co | | | | | Buy | 11/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 47

Name of Person Reporting

Sammartino, Janis L.

Date of Report

01/22/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. --Wolters Kluwer | | | | | | | | | |
| 444. -Preferred Stocks | | | | | | | | | |
| 445. --CBL & Assoc Prop 7.375 Ser D | | | | | Buy | 05/22/13 | J | | |
| 446. --Centrais Elec Bras ADR | | | | | | | | | |
| 447. -Exchange-Traded & Closed-End Funds | | | | | | | | | |
| 448. --Ishares Russell 2000 ETF | | | | | Buy | 12/19/13 | J | | |
| 449. --SPDR Barclays Capital 1-3 Mont | | | | | Buy | 10/24/13 | J | | |
| 450. | | | | | Buy (add'l) | 10/29/13 | J | | |
| 451. --SPDR Trust Seris I | | | | | Buy | 07/19/13 | J | | |
| 452. | | | | | Buy (add'l) | 09/05/13 | J | | |
| 453. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 454. | | | | | Buy (add'l) | 12/19/13 | J | | |
| 455. -Other Mutual Funds | | | | | | | | | |
| 456. --Lazard Emerging Markets Open Mutual Fund | | | | | | | | | |
| 457. TRUST #5 (MS FID SVCS ) | D | Dividend | O | T | | | | | |
| 458. -MS Liquid Asset Fund (formerly called Active Assets Money Trust) | | | | | | | | | |
| 459. -Common Stocks: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. --Amer Intl Gp Inc New (AIG) | | | | | Buy (add'l) | 01/14/13 | J | | |
| 461. --Anglogold Ashanti Ltd | | | | | | | | | |
| 462. --AON Corp | | | | | Sold (part) | 03/08/13 | J | A | |
| 463. | | | | | Sold (part) | 11/08/13 | J | B | |
| 464. --Apache Corp | | | | | Buy (add'l) | 02/27/13 | J | | |
| 465. | | | | | Buy (add'l) | 05/20/13 | J | | |
| 466. | | | | | Sold (part) | 11/27/13 | J | A | |
| 467. --Avery Dennison Corporation | | | | | Buy | 12/17/13 | J | | |
| 468. --Avon Products Inc | | | | | Buy | 11/15/13 | J | | |
| 469. --Barrick Gold Corp | | | | | Buy (add'l) | 02/01/13 | J | | |
| 470. | | | | | Buy (add'l) | 02/04/13 | J | | |
| 471. | | | | | Sold (part) | 04/10/13 | J | A | |
| 472. --Best Buy Co | | | | | Sold (part) | 01/14/13 | J | | |
| 473. | | | | | Sold | 01/15/13 | J | | |
| 474. --Bio Rad Lab A | | | | | Buy | 10/01/13 | J | | |
| 475. | | | | | Buy (add'l) | 10/02/13 | J | | |
| 476. | | | | | Buy (add'l) | 10/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 32 of 47

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

01/22/2015

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 478. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 479.  --CA Incorporated | | | | | Sold (part) | 05/03/13 | J | | |
| 480. | | | | | Sold (part) | 06/10/13 | J | A | |
| 481. | | | | | Sold (part) | 11/25/13 | J | A | |
| 482.  --Canadian Natural Resources Ltd | | | | | Buy (add'l) | 02/14/13 | J | | |
| 483.  --Centurylink Inc | | | | | Buy | 11/07/13 | J | | |
| 484. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 485.  --Cisco Sys Inc | | | | | Sold | 10/23/13 | J | C | |
| 486.  --Citigroup Inc | | | | | Sold (part) | 01/09/13 | J | A | |
| 487.  --Convergys Corp | | | | | Sold | 05/02/13 | J | C | |
| 488.  --Delphi Automotive | | | | | | | | | |
| 489.  --Denbury Resources Inc | | | | | Buy (add'l) | 08/01/13 | J | | |
| 490. | | | | | Buy (add'l) | 08/02/13 | J | | |
| 491. | | | | | Sold (part) | 11/27/13 | J | A | |
| 492.  --FBR & Co | | | | | Buy (add'l) | 11/26/13 | J | | |
| 493.  --GM | | | | | Buy (add'l) | 03/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 47

**Name of Person Reporting**

Sammartino, Janis L.

**Date of Report**

01/22/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. --Guess | | | | | Sold (part) | 02/06/13 | J | | |
| 495. | | | | | Sold (part) | 03/14/13 | J | | |
| 496. | | | | | Sold | 03/15/13 | J | | |
| 497. --Halliburton Co | | | | | Sold (part) | 01/25/13 | J | B | |
| 498. | | | | | Sold | 07/26/13 | J | B | |
| 499. --Harman Intl Inds | | | | | Sold (part) | 11/01/13 | J | B | |
| 500. | | | | | Sold (part) | 11/04/13 | J | B | |
| 501. | | | | | Sold (part) | 11/25/13 | J | B | |
| 502. --Hartford Fin Sers Grp | | | | | Sold (part) | 05/06/13 | J | | |
| 503. | | | | | Sold (part) | 11/15/13 | J | | |
| 504. --Ingersoll-Rand PLC | | | | | | | | | |
| 505. --Interpublic Group of Cos Inc | | | | | Sold (part) | 05/21/13 | J | B | |
| 506. --JP Morgan Chase | | | | | Buy (add'l) | 12/18/13 | J | | |
| 507. --Loews Corp | | | | | | | | | |
| 508. --LSI Corp | | | | | Buy | 02/26/13 | J | | |
| 509. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 510. | | | | | Buy (add'l) | 03/19/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Buy (add'l) | 04/11/13 | J | | |
| 512. | | | | | Buy (add'l) | 05/01/13 | J | | |
| 513. | | | | | Sold (part) | 12/16/13 | J | B | |
| 514. | | | | | Sold (part) | 12/19/13 | J | B | |
| 515. | | | | | Sold (part) | 12/20/13 | J | A | |
| 516.  --MKS Instruments | | | | | | | | | |
| 517.  --McDermott International Inc | | | | | Buy | 03/12/13 | J | | |
| 518. | | | | | Buy (add'l) | 03/13/13 | J | | |
| 519. | | | | | Buy (add'l) | 03/19/13 | J | | |
| 520. | | | | | Buy (add'l) | 05/09/13 | J | | |
| 521. | | | | | Buy (add'l) | 05/10/13 | J | | |
| 522.  --Metro AG Unspon ADR | | | | | Buy | 08/28/13 | J | | |
| 523.  --Microsoft Corp | | | | | Buy (add'l) | 03/28/13 | J | | |
| 524. | | | | | Buy (add'l) | 04/05/13 | J | | |
| 525. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 526.  --Noble Energy Inc | | | | | Sold | 02/25/13 | J | C | |
| 527.  --Norwegian Cruise Line Hlds Inc | | | | | Buy | 08/08/13 | J | | |

| | | | | |
| --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 08/09/13 | J | | |
| 529. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 530. | | | | | Buy (add'l) | 12/04/13 | J | | |
| 531. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 532. --NRG Energy Inc | | | | | | | | | |
| 533. --Oracle Corp | | | | | Buy | 10/24/13 | K | | |
| 534. --Orkla ADR A Shs | | | | | Buy | 07/19/13 | J | | |
| 535. | | | | | Buy (add'l) | 07/22/13 | J | | |
| 536. | | | | | Buy (add'l) | 12/05/13 | J | | |
| 537. --Paccar Inc | | | | | | | | | |
| 538. --Pennymac Mortgage Investment | | | | | Buy | 10/01/13 | J | | |
| 539. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 540. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 541. | | | | | Sold (part) | 12/10/13 | J | | |
| 542. --Pfizer Inc | | | | | Sold (part) | 11/08/13 | J | A | |
| 543. --Pitney Bowes Inc | | | | | Sold (part) | 04/01/13 | J | | |
| 544. | | | | | Sold | 04/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sammartino, Janis L. | 01/22/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. --PMC Sierra Inc | | | | | Sold (part) | 02/01/13 | J | | |
| 546. --Private Bancorp Inc | | | | | | | | | |
| 547. --Redwood Trust Inc | | | | | | | | | |
| 548. --Reinsurance Group of America | | | | | Sold (part) | 11/25/13 | J | B | |
| 549. --Sanofi ADR | | | | | Sold (part) | 01/11/13 | J | A | |
| 550. | | | | | Sold (part) | 01/16/13 | J | A | |
| 551. | | | | | Sold (part) | 04/29/13 | J | B | |
| 552. | | | | | Sold (part) | 04/30/13 | J | A | |
| 553. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 554. | | | | | Buy (add'l) | 12/03/13 | J | | |
| 555. --Talisman Energy Inc | | | | | Buy (add'l) | 06/14/13 | J | | |
| 556. --Teradyne Inc | | | | | Buy | 08/09/13 | J | | |
| 557. | | | | | Buy (add'l) | 08/12/13 | J | | |
| 558. | | | | | Buy (add'l) | 08/13/13 | J | | |
| 559. | | | | | Buy (add'l) | 08/14/13 | J | | |
| 560. | | | | | Buy (add'l) | 08/15/13 | J | | |
| 561. | | | | | Buy (add'l) | 08/20/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 37 of 47

Name of Person Reporting

Sammartino, Janis L.

Date of Report

01/22/2015

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Buy (add'l) | 12/12/13 | J | | |
| 563. | | | | | Buy (add'l) | 12/13/13 | J | | |
| 564. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 565. --Tesoro Petroleum CP | | | | | Buy | 11/08/13 | J | | |
| 566. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 567. --Teva Pharmaceuticals | | | | | Buy (add'l) | 05/30/13 | J | | |
| 568. | | | | | Buy (add'l) | 05/31/13 | J | | |
| 569. --Tyson Foods Inc CL A | | | | | Sold (part) | 02/20/13 | J | A | |
| 570. | | | | | Sold (part) | 02/21/13 | J | A | |
| 571. | | | | | Sold | 08/26/13 | J | C | |
| 572. --Unumprovident Corp | | | | | Sold (part) | 11/04/13 | J | B | |
| 573. --Verifone Systems Inc | | | | | Buy | 12/19/13 | J | | |
| 574. --Viacom Inc | | | | | Sold (part) | 05/10/13 | J | B | |
| 575. | | | | | Sold (part) | 08/02/13 | J | B | |
| 576. | | | | | Sold (part) | 11/08/13 | J | B | |
| 577. --Vodafone Gp PLC | | | | | Buy | 02/20/13 | J | | |
| 578. | | | | | Sold (part) | 09/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Sammartino, Janis L.

01/22/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Sold (part) | 09/06/13 | J | A | |
| 580. | | | | | Sold (part) | 10/02/13 | J | B | |
| 581. | | | | | Sold | 10/14/13 | J | A | |
| 582. --Willis Group Holdings PLC | | | | | | | | | |
| 583. TRUST #6 (MS FID SVCS ACTIVE ASSETS -974) | E | Dividend | O | T | | | | | |
| 584. -MS Liquid Asset Fund (formerly called Active Assets Money Trust) | | | | | | | | | |
| 585. -Common Stocks: | | | | | | | | | |
| 586. --Abbott Laboratories | | | | | Sold (part) | 01/16/13 | J | C | |
| 587. | | | | | Sold | 05/14/13 | J | | |
| 588. --American Water Works Co | | | | | Sold (part) | 04/24/13 | J | C | |
| 589. --AT&T | | | | | | | | | |
| 590. --Baxter Intl Inc | | | | | | | | | |
| 591. --BCE Inc | | | | | | | | | |
| 592. --BK Montreal | | | | | Buy (add'l) | 08/21/13 | J | | |
| 593. --CA Incorporated | | | | | | | | | |
| 594. --Cincinnati Financial Ohio | | | | | Sold | 05/21/13 | J | D | |
| 595. --Cisco Sys Inc | | | | | Buy | 05/16/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. --CME Group Inc | | | | | Buy (add'l) | 11/20/13 | J | | |
| 597. --Digital Realty Trust Inc. | | | | | Buy (add'l) | 09/24/13 | J | | |
| 598. --Donnelley RR & Sons | | | | | Sold | 11/08/13 | J | B | |
| 599. --Eli Lilly & Co | | | | | Sold (part) | 09/24/13 | J | B | |
| 600. | | | | | Sold | 10/11/13 | J | B | |
| 601. --Energy Trans Eqty LP | | | | | Buy (add'l) | 08/21/13 | J | | |
| 602. --Energy Transfer Partners | | | | | | | | | |
| 603. --Ensco PLC Class A | | | | | Buy | 11/08/13 | J | | |
| 604. | | | | | Buy (add'l) | 11/11/13 | J | | |
| 605. --Enterprise Prod Prtners LP | | | | | Sold (part) | 04/24/13 | J | C | |
| 606. --GE | | | | | Buy (add'l) | 05/22/13 | J | | |
| 607. --Glaxosmithkline PLC | | | | | | | | | |
| 608. --Golar Lng Ltd | | | | | Buy | 07/10/13 | J | | |
| 609. --HJ Heinz Co | | | | | Sold | 04/18/13 | J | D | |
| 610. --HCP Inc | | | | | | | | | |
| 611. --Intel Corp | | | | | Buy (add'l) | 04/18/13 | J | | |
| 612. | | | | | Sold (part) | 12/10/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. --International Paper | | | | | | | | | |
| 614. --Johnson & Johnson | | | | | | | | | |
| 615. --Kinder Morgan Energy | | | | | Sold (part) | 04/24/13 | J | B | |
| 616. --L Brands Inc Com | | | | | Buy | 04/26/13 | J | | |
| 617. | | | | | Sold (part) | 08/26/13 | J | A | |
| 618. | | | | | Sold | 09/05/13 | J | A | |
| 619. --Linn Energy LLC | | | | | Buy | 01/02/13 | J | | |
| 620. --Maxim Integrated Products Inc | | | | | | | | | |
| 621. --Merck & Co | | | | | Buy (add'l) | 05/22/13 | K | | |
| 622. | | | | | Sold (part) | 12/10/13 | J | B | |
| 623. --Microchip Technology Inc | | | | | | | | | |
| 624. --Natl Grid Transco | | | | | | | | | |
| 625. --Nisource Inc | | | | | Sold (part) | 04/24/13 | J | D | |
| 626. --Omega Healthcare Inv Inc | | | | | | | | | |
| 627. --Oneok Partners LP | | | | | | | | | |
| 628. --Pfizer Inc | | | | | | | | | |
| 629. --Plains All American Piplin | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. --Potash Cp of Saskatchewan Inc | | | | | Buy | 11/04/13 | K | | |
| 631. --Seadrill Ltd | | | | | | | | | |
| 632. --Senior Hsg Ppty Tr | | | | | | | | | |
| 633. --Spectra Energy Corp | | | | | | | | | |
| 634. --Staples Inc | | | | | Buy | 02/25/13 | J | | |
| 635. | | | | | Sold (part) | 12/16/13 | J | A | |
| 636. | | | | | Sold | 12/17/13 | J | A | |
| 637. --Statoil ASA | | | | | Sold (part) | 05/15/13 | J | A | |
| 638. | | | | | Sold | 05/16/13 | J | A | |
| 639. --Total S A Spon ADR | | | | | | | | | |
| 640. --Valley Natl Bancorp | | | | | Sold (part) | 05/15/13 | J | | |
| 641. | | | | | Sold | 05/16/13 | J | | |
| 642. --Vodafone GP PLC | | | | | Buy (add'l) | 03/08/13 | J | | |
| 643. --Williams Co Inc | | | | | | | | | |
| 644. TRUST #7 (MS ACTIVE ASSETS ACCT) | F | Int./Div. | P1 | T | | | | | |
| 645. -MS Bank Account | | | | | | | | | |
| 646. -Common Stocks | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. --Apple Inc | | | | | | | | | |
| 648. --Bank of America Corp | | | | | | | | | |
| 649. --Ford Motor Co New | | | | | Buy | 02/22/13 | K | | |
| 650. -Preferred Stocks | | | | | | | | | |
| 651. --Ing Groep stock | | | | | | | | | |
| 652. -Municipal Bonds | | | | | | | | | |
| 653. --CA St Genl Oblig Build America Mun Bond | | | | | | | | | |
| 654. -Corporate Bonds: | | | | | | | | | |
| 655. --Wells Fargo Co | | | | | Sold | 01/31/13 | J | A | |
| 656. --Unitedhealth Group Inc | | | | | Sold | 02/15/13 | J | A | |
| 657. --General Elec Cap Corp | | | | | Sold | 05/01/13 | J | | |
| 658. --American Express | | | | | Sold | 05/02/13 | J | A | |
| 659. --Conocophillips | | | | | | | | | |
| 660. --Altria Group Inc | | | | | | | | | |
| 661. --Wellpoint Inc | | | | | Sold | 09/05/13 | J | A | |
| 662. --Caterpillar Finl | | | | | | | | | |
| 663. --Dell Inc | | | | | Sold | 11/29/13 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report

Sammartino, Janis L.

01/22/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. --Rio Tinto finance USA Ltd | | | | | | | | | |
| 665. --Morgan Stanley (-CE3) | | | | | | | | | |
| 666. --Donnelley & Sons | | | | | | | | | |
| 667. --Morgan Stanley (-BR9) | | | | | | | | | |
| 668. --Boston Scientific Corp | | | | | | | | | |
| 669. --Comcast Corp | | | | | | | | | |
| 670. --Barclays Bank PLC | | | | | | | | | |
| 671. --Prologis Trust | | | | | | | | | |
| 672. --Marathon Oil Corp | | | | | | | | | |
| 673. --General Electric Co | | | | | | | | | |
| 674. --Goldman Sachs Group Inc | | | | | | | | | |
| 675. --AT&T Inc (-AJ1) | | | | | | | | | |
| 676. --Verizon Communications | | | | | | | | | |
| 677. --Mondelez International (formerly listed as Kraft Foods Inc) | | | | | | | | | |
| 678. --Frontier Communications | | | | | | | | | |
| 679. --TYCO International Finan | | | | | | | | | |
| 680. --Boeing Co | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. --CVS Caremark Corp | | | | | | | | | |
| 682. --Indiana Michigan Power | | | | | | | | | |
| 683. --Lorillard Tobacco Co | | | | | | | | | |
| 684. --Altria Group Inc | | | | | | | | | |
| 685. --Step Up Callable Notes | | | | | | | | | |
| 686. --Barclays Bank PLC | | | | | Buy | 02/25/13 | K | | |
| 687. --General Elec Cap Corp | | | | | | | | | |
| 688. --Goldman Sachs Group Inc | | | | | | | | | |
| 689. --Barclays Callable Step Up Note | | | | | Sold | 02/15/13 | K | | |
| 690. --Hewlett Packard Co | | | | | | | | | |
| 691. -Countrywide Alternative Loan Trust | | | | | | | | | |
| 692. -JP Morgan Mortgage Trust (-AE0) | | | | | | | | | |
| 693. -Government Securities: | | | | | | | | | |
| 694. --FNMA 09-19 TD | | | | | Sold (part) | 06/25/13 | J | | |
| 695. | | | | | Sold (part) | 09/25/13 | J | | |
| 696. --FHR 3249 CB | | | | | | | | | |
| 697. -Mutual Funds: | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. --Blackrock Energy Res | | | | | Sold | 05/15/13 | L | | |
| 699. --Blackrock Strat Inc Opport | | | | | | | | | |
| 700. --Franklin Income C | | | | | Buy (add'l) | 09/11/13 | K | | |
| 701. --Invesco Balanced-Risk Alloc C | | | | | Buy (add'l) | 07/15/13 | J | | |
| 702. --Mainstay Marketfield C | | | | | Buy | 07/15/13 | J | | |
| 703. --Oppenheimer SR Floating Rate | | | | | | | | | |
| 704. --Principal GLB Divers Inc | | | | | | | | | |
| 705. --Pyxis Floating Rate (formerly Highland Floating RT Opport) | | | | | Sold | 12/10/13 | M | | |
| 706. --Templeton Global Bond Fd | | | | | | | | | |
| 707. -Equity Trusts | | | | | | | | | |
| 708. --Unit First Trust Target Global Dividend Leaders 1st Qtr 13 | | | | | Buy | 02/22/13 | K | | |
| 709. --Unit First Trust Garget Global Dividend Leaders 3rd Qtr 13 | | | | | Buy | 09/11/13 | K | | |
| 710. -AIP Glbl L/S P Hedge Fund | | | | | Buy (add'l) | 11/30/13 | J | | |
| 711. | | | | | | | | | |
| 712. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Individual assets within IRA account listed in Part VII, line 8, not previously reported due to filer misunderstanding.

# FINANCIAL DISCLOSURE REPORT

Page 46 of 47

Name of Person Reporting

Sammartino, Janis L.

Date of Report

01/22/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Janis L. Sammartino**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544